# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

151521

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEJUAN CARUTH HUNTER,
      Defendant-Appellant.

SC: 151521
COA: 324590
Wayne CC: 13-008655-FC

_____/

     On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016



Clerk

p0119